AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| Tania Nunez, et. al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:20-cv-04195 |
| B. Braun Medical Inc., et. al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tania Nunez, Johnny Chu, Ashok D. Pandya and David E. Stern, Plaintiffs.

Date: 01/08/2021

/s/ Gabrielle P. Kelerchian
*Attorney's signature*

Gabrielle P. Kelerchian
*Printed name and bar number*

Capozzi Adler, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
*Address*

Gabriellek@capozziadler.com
*E-mail address*

(610) 890-0200
*Telephone number*

(717) 233-4103
*FAX number*