IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TANIA NUNEZ, JOHNNY CHU, ASHOK D. PANDYA, and DAVID E. STERN, individually and on behalf of all others similarly situated, | : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 20-4195 |
| v. | : : | |
| B. BRAUN MEDICAL, INC., BOARD OF DIRECTORS AT B. BRAUN MEDICAL INC., THE RETIREMENT COMMITTEE OF B. BRAUN MEDICAL INC., and JOHN DOES 1-30, | : : : : : : | |
| Defendants. | : | |

## SCHEDULING ORDER

**AND NOW**, this 27th day of July, 2021, after an initial pretrial conference with counsel, it is hereby **ORDERED** as follows:

1. The parties shall complete all fact discovery by **July 26, 2022**;

2. Counsel for each party shall serve upon counsel for every other party the information referred to in Federal Rule of Civil Procedure 26(a)(2)(B) by expert report or answer to expert interrogatory no later than **April 26, 2022**. Counsel shall serve any rebuttal reports on counsel for every other party no later than **June 10, 2022**. The parties shall conclude expert depositions, if any, no later than **June 24, 2022**;

3. The plaintiffs shall a motion for class certification on or before **November 26, 2021**;

4. The defendants shall file a response to the motion for class certification on or before **January 26, 2022**;

5. The court will hold oral argument on the motion for class certification on **Wednesday**, **February 16, 2022**, at **1:00 p.m.** Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, PA 18042.

6. The parties shall file any dispositive motions by **August 26, 2022**;

7. The parties shall file opposition to any dispositive motions by **September 9, 2022**;

8. The parties shall each file a pretrial memorandum by **October 10, 2022**;

9. The parties shall file any motions *in limine* by **October 10, 2022**;

10. The parties shall file responses to motions *in limine* by **October 17, 2022**;

11. Each party shall exchange exhibits in accordance with Local Rule of Civil Procedure 16.1(d). Each party shall **also** provide the court with one exhibit binder by **October 17, 2022**. The exhibit binder shall contain a tabbed copy of each exhibit with a schedule of exhibits, which briefly describes each exhibit;

12. The court will hold a final pretrial conference on **October 26, 2022**, at **10:00 a.m.** at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, Pennsylvania;

13. A non-jury trial shall commence before this court on **Monday**, **October 31, 2022**, at **9:00 a.m.** at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, Pennsylvania. This order shall serve as a formal attachment for trial; and

14. The clerk of court shall place this matter in **CIVIL SUSPENSE** until further order of court.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.