IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TANIA NUNEZ, JOHNNY CHU, ASHOK D. PANDYA, and DAVID E. STERN, individually and on behalf of all others similarly situated, | : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 20-4195 |
| v. | : : | |
| B. BRAUN MEDICAL, INC., BOARD OF DIRECTORS AT B. BRAUN MEDICAL INC., THE RETIREMENT COMMITTEE OF B. BRAUN MEDICAL INC., and JOHN DOES 1-30, | : : : : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 18th day of August, 2023, after a non-jury trial held from July 12, 2023 to July 14, 2023; and the court having resolved all evidentiary disputes during said trial; and after considering the parties' post-trial submissions; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The defendant's motions *in limine* (Doc. Nos. 120, 121) are **DENIED AS MOOT**;

2. Judgment in this matter is **ENTERED** in favor of the defendant, The Retirement Committee of B. Braun Medical Inc., and against the plaintiffs, Tania Nunez, Johnny Chu, and David E. Stern, individually and on behalf of all other similarly situated;[1] and

3. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] The Retirement Committee of B. Braun Inc. is the sole remaining defendant in this case due to the dismissal of all claims but duty of prudence. *See* Doc. No. 49. Moreover, Ashok D. Pandya is no longer a plaintiff. *See* Doc. No. 58.