# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TANIA NUNEZ, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | NO. 20-4195 |
| | : | |
| B. BRAUN MEDICAL INC., et al., | : | |
| Defendants | : | |

## JUDGMENT

**AND NOW**, this 22nd day of December, 2023, judgment is hereby entered in favor of Defendants B. Braun Medical Inc., Board of Directors of B. Braun Medical Inc., The Retirement Committee of B. Braun Medical Inc., and John Does 1–30, and against Plaintiffs Tania Nunez, Johnny Chu, Ashok D. Pandya, and David E. Stern, in the amount of $21,994.32.

The amount requested in the Defendants' Bill of Costs (Docket No. 137) is reduced by $12,082.50. The claimed costs for hosting and delivery of encrypted files and delivery and handling listed on the transcript invoices are not taxable pursuant to 28 U.S.C. § 1920. Printing costs for copies listed as "Trial Preparation" appear to be for the convenience of counsel and are not taxable pursuant to 28 U.S.C. § 1920. The claimed costs for roundtrip airfare for a witness do not have any explanation for the necessity of the fare being booked in business class. Accordingly, those costs will not be taxed.

GEORGE WYLESOL
Clerk of Court

By: */s/ Sharon A. Hall-Moore*
Deputy Clerk